IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR122** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **FRANK R. ODDO, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to seal (Filing No. 22) the Defendant's motion in limine (Filing No. 21) and on the Defendant's motion in limine (Filing No. 21). The government's motion to seal is unopposed. A change of plea hearing has been scheduled.

IT IS ORDERED:

1. The government's motion to seal (Filing No. 22) is granted;

2. The Defendant's motion in limine (Filing No. 21) shall be sealed; and

3. The Defendant's motion in limine (Filing No. 21) shall be denied as moot, without prejudice.

DATED this 26th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge